**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Aon PLC, et al.

         Plaintiff,

v.                   Case No.: 1:19–cv–07504
                  Honorable Martha M. Pacold

Infinite Equity, Inc., et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2020:

  MINUTE entry before the Honorable Martha M. Pacold:Status hearing held on 1/27/2020. Counsel appeared and advised the Court that they have reached an agreement regarding the motion for temporary restraining order [23]. The Consent Order is to be submitted to the Court's proposed order box by 1/28/2020. Plaintiffs' motion for expedited discovery [26] is granted. The parties are working out an agreed expedited discovery schedule which can be submitted directly to Mag. Judge Harjani. Defendants' motion to dismiss [34] is entered and continued to 2/20/2020 at 10:00 a.m. The status hearing set for 2/20/2020 at 10:00 a.m. will stand.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.