## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Aon PLC, et al.

                        Plaintiff,

v.                                                    Case No.: 1:19–cv–07504
                                                         Honorable Martha M. Pacold

Infinite Equity, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held and continued to 2/21/20 at 2pm by telephone. The Court and the parties discussed the joint status report [55] and the Court ruled on various issues raised by the parties on the expedited discovery schedule. As a result of those rulings, and the concerns raised by the Court, the parties shall meet and confer by the close of business on 2/20/20 and propose a new schedule for expedited discovery and the preliminary injunction hearing to the Court on 2/21/20. If the parties are unable to reach an agreement, the Court intends to enter an order closing all limited fact and expert discovery for purposes of the preliminary injunction hearing by April 10, 2020 and to structure a schedule such that a preliminary injunction hearing can be completed by 4/28/20. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.