**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AON PLC AND AON GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINITE EQUITY, INC., TERRY ADAMSON, JON BURG, DANIEL COLEMAN, ELIZABETH STOUDT, and TYLER EVANS, <br><br> Defendants. | No. 1:19-cv-07504 <br><br> Hon. Martha M. Pacold |

**DECLARATION OF DEFENDANT ELIZABETH STOUDT IN SUPPORT OF
MOTION TO DISMISS**

1. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. I am a resident of Elverson, Pennsylvania.

3. Upon information and belief, I was not employed by Aon plc or Aon Group, Inc.

4. Although I am unsure which other Aon entity employed me, I worked for what is publicly known as Aon Equity Services from 2005 until June 7, 2019.

5. During the entirety of my employment, I worked in Pennsylvania and performed nearly all my work there.

6. I never signed an agreement with any Aon entity agreeing to submit to jurisdiction in Illinois.

7. I currently work for Infinite Equity, Inc. in Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of February, 2020.

*Elizabeth Stoudt*
Elizabeth Stoudt

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following attorneys of record:

| | |
|---|---|
| James M. Witz<br>Jessica F. Pizzutelli<br>Matthew J. Ruza<br>Orly Mical Henry<br>**LITTLER MENDELSON, PC**<br>321 North Clark Street<br>Suite 1000<br>Chicago, IL  60654<br>jwitz@littler.com<br>jpizzutelli@littler.com<br>mruza@littler.com<br>ohenry@littler.com<br><br>*Attorneys for Plaintiffs* | Kenneth J. Vanko<br>**CLINGEN CALLOW & McLEAN, LLC**<br>2300 Cabot Drive<br>Suite 500<br>Lisle, IL  60532<br>vanko@ccmlawyer.com<br><br>*Attorneys for Defendant Terry Adamson* |

                                                          /s/ Jeannil D. Boji
                                                            Jeannil D. Boji