**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AON PLC and AON GROUP, INC., | Case No. 1:19-cv-07504 |
| Plaintiffs, | |
| v. | Honorable John F. Kness |
| INFINITE EQUITY, INC., TERRY ADAMSON, JON BURG, DANIEL COLEMAN, ELIZABETH STOUDT, and TYLER EVANS, | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

**DEFENDANTS INFINITE EQUITY, INC., JON BURG, DANIEL COLEMAN,
ELIZABETH STOUDT AND TYLER EVANS'
MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendants Infinite Equity, Inc., Jon Burg, Daniel Coleman, Elizabeth Stoudt, and Tyler Evans ("Defendants"), by and through their attorneys, Perkins Coie LLP, hereby move this court for leave to file a sur-reply in support of their Response to Plaintiffs' Motion for Clarification Regarding Consent Order Deadline, and in support of such motion state as follows:

As explained in greater deal in the proposed Sur-Reply (attached as Exhibit A), in their Reply in Support of their Motion for Clarification Regarding Consent Order Deadline ("Reply") (Dkt. No. 93), Plaintiffs Aon PLC and Aon Group, Inc. improperly raise new arguments based on new case law and incorporate an entirely new (misleading and unsupported) facts section. In addition, Plaintiffs' Reply is replete with misstatements and misapplications of the law.

A sur-reply is warranted so Defendants may be heard on these points and so the Court may have the necessary information to make an informed decision on the pending motion. *See University Healthsystem Consortium v. UnitedHealth Group, Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014 (granting leave to file sur-reply when movant's reply brief raised new arguments and

mischaracterized prior arguments). The decision whether to grant leave to file a sur-reply is within the Court's discretion. *Id.* Accordingly, Defendants respectfully request leave to file a short Sur-Reply (attached as Exhibit A) to address new arguments raised in Aon's Reply.

Dated: April 22, 2020          Respectfully Submitted,

                 **DEFENDANTS JON BURG, DANIEL COLEMAN, ELIZABETH STOUDT, TYLER EVANS AND INFINITE EQUITY, INC.**

                 By: _____s/ Jeannil D. Boji_____
                     One of Its Attorneys

                     Jeannil D. Boji
                     Christopher R. Lepore
                     **PERKINS COIE LLP**
                     131 S. Dearborn
                     Suite 1700
                     Chicago, IL 60603
                     Tel: (312) 324-8400
                     Fax: (312) 324-9400
                     jboji@perkinscoie.com
                     clepore@perkinscoie.com

**CERTIFICATE OF SERVICE**

I, Jeannil D. Boji, certify that on April 22, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may also access this filing through the Court's ECF system.

By: /s/ Jeannil D. Boji