**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AON PLC AND AON GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> INFINITE EQUITY, INC., TERRY ADAMSON, JON BURG, DANIEL COLEMAN, ELIZABETH STOUDT, and TYLER EVANS, <br><br> Defendants. | No. 1:19-cv-07504 <br><br> Honorable John F. Kness <br><br> Magistrate Judge Sunil R. Harjani |

**DECLARATION OF CHRISTOPHER R. LEPORE IN SUPPORT OF
DEFENDANTS INFINITE EQUITY, INC., JON BURG, DANIEL COLEMAN,
ELIZABETH STOUDT AND TYLER EVANS' SUR-REPLY TO PLAINTIFFS'
MOTION FOR CLARIFICATION REGARDING EXTENSION OF
CONSENT ORDER DEADLINE**

1. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. I am an attorney at the law firm Perkins Coie LLP. I represent Defendants Infinite Equity, Inc., Jon Burg, Daniel Coleman, Elizabeth Stoudt, and Tyler Evans ("Defendants") in the above-captioned matter.

3. Attached to this Declaration as Exhibit A is a true and correct of a March 13, 2020 email from Plaintiffs' counsel to counsel for Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of April, 2020.

/s/Christopher R. Lepore
Christopher R. Lepore

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following attorneys of record:

| | |
|---|---|
| James M. Witz<br>Jessica F. Pizzutelli<br>Matthew J. Ruza<br>Orly Mical Henry<br>**LITTLER MENDELSON, PC**<br>321 North Clark Street<br>Suite 1000<br>Chicago, IL 60654<br>jwitz@littler.com<br>jpizzutelli@littler.com<br>mruza@littler.com<br>ohenry@littler.com<br><br>*Attorneys for Plaintiffs* | Kenneth J. Vanko<br>**CLINGEN CALLOW & McLEAN, LLC**<br>2300 Cabot Drive<br>Suite 500<br>Lisle, IL 60532<br>vanko@ccmlawyer.com<br><br>*Attorneys for Defendant Terry Adamson* |

                                      /s/ Christopher R. Lepore
                                        Christopher R. Lepore